Rev. 8/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES

    Plaintiff

  vs.

FEDERAL SERVICE IMPASSES PANEL, et al

    Defendant

Civil No.  19-1976  (RJL)

Category  C

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on  8/30/2019  from  Judge Randolph D. Moss

to  Judge Richard J. Leon  by direction of the Calendar Committee.

(Case Transferred by Consent)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:  Judge Randolph D. Moss  & Courtroom Deputy
    Judge Richard J. Leon  & Courtroom Deputy
Liaison, Calendar and Case Management Committee